City, for appellant. G. W. Smyth, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.

KRESWELL, Appellant, v. HEIDELBERG-ER et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Mary Kreswell, as administratrix, etc., of John Kreswell, deceased, against Walter C. Heidelberger and Peter Heidelberger, copartners, etc. No opinion. Order unanimously affirmed, with costs.

KUNZ, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Mary A. Kunz against the City of New York.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., dissents.

LAIRD v. GAMBIER. STRONG v. SAME. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Actions by John P. Laird and by Samuel Meredith Strong against Edward V. Gambier, trustee, and others. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 140 N. Y. Supp. 410.

LAMB v. GALLAND. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Peter J. Lamb against Eugene Galland. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re LAMPKE. (Supreme Court, Appellate Division, First Department. March 14, 1913.) In the matter of Abraham G. Lampke. No opinion. Referred to official referee. Settle order on notice.

LASKA v. HARRIS. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Edward Laska against Chas. H. Harris. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1130; 101 N. E. —.

LEAHY v CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Mary E. Leahy against the city of New York. No opinion. Motion granted. Question certified. Order filed. See, also, 158 N. Y. Supp. 1125.

LEIGHTON et al. v. LEIGHTON LEA ASS'N et al. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by William T. Leighton, in behalf of himself and others, against the Leighton Lea Association and others. No opinion. Appeal (from 74 Misc. Rep. 229, 131 N. Y. Supp. 561) taken by Wendell M. Smith, and appeal taken by William T. Leighton, so far as it affects the defendant Wendell M. Smith only, dismissed, without costs, upon stipulation filed.

In re LENNEY. (Supreme Court, Appellate Division, First Department. February 28, 1913.) In the matter of James C. Lenney. No opinion. Referred to official referee. Settle order on notice.

LEON, Respondent, v. LEON, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Maurice Leon against Albert J. Leon. A. Benedict, of New York City, for appellant. J. Quinn, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

CLARKE, J., dissents.

LESSER, Respondent, v. INTERNATIONAL TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Joseph S. Lesser against the International Trust Company. S. Bacon, of New York City, for appellant. M. Conboy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LESSINGER, Respondent, v. LEVINE, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Morris Lessinger against Harry Levine. No opinion. Interlocutory judgment of the County Court of Kings County affirmed, with costs.

LEVINE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Belle Levine against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

LEWIS et al., Respondents, v. PRINCE, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Grace E. Lewis and others against L. Bradford Prince, impleaded with others. Jeremiah Wood, of New York City, for appellant. R. B. Honeyman, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEWIS et al., Respondents, v. TOWNSEND, Appellant, et al. (Supreme Court, Appellate